1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169

7  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOUTH BAY ISLAMIC ASSOCIATION, <br> Plaintiff, <br> v. <br> EMILIO T. GONZALEZ, Director, <br> U.S. Citizenship and Immigration Services, <br> Defendant. | No. C 08-1643 SC <br><br> **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the petition for Amerasian, Widower or Special Immigrant (Form I-360). Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c),

Parties' Request to be Exempt from ADR
C 08-1643 SC                         1

1  the parties request the case be removed from the ADR Multi-Option Program and that they be
2  excused from participating in the ADR phone conference and any further formal ADR process.
3  Dated: June 17, 2008                              Respectfully submitted,
4                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
5
6
7                                                    _____/s/_____
                                                     ILA C. DEISS[1]
                                                     Assistant United States Attorney
8                                                    Attorney for Defendants
9
10 Dated: June 17, 2008                              _____/s/_____
                                                     DAVID J. KAUFMAN
11                                                   Attorney for Plaintiff
12
13
                                    **ORDER**
14
       Pursuant to stipulation, IT IS SO ORDERED.
15
16
17 Date:     6/19/08                                 _____
                                                     SAN
18                                                   United States District Judge
                                                     *IT IS SO ORDERED*
                                                     *Judge Samuel Conti*
19
20
21
22
23
24
25
26 ─────────────────
27   [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
   indicated by a "conformed" signature (/S/) within this e-filed document.
28
   Parties' Request to be Exempt from ADR
   C 08-1643 SC                                     2