JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOUTH BAY ISLAMIC ASSOCIATION,<br><br>    Plaintiff,<br><br>        v.<br><br>EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services,<br><br>    Defendant. | No. C 08-1643 SC<br><br>**STIPULATION TO VACATE HEARING DATE AND HOLD PROCEEDINGS IN ABEYANCE; and [PROPOSED] ORDER** |

Subject to the Court's approval, the parties, through their undersigned counsel of record, hereby agree to stipulate as follows:

1. Plaintiff filed this action on or about March 26, 2008.  The Defendants filed their response on May 30, 2008.

2. Pursuant to this Court's March 26, 2008 Order Continuing Case Management Conference, the parties are required to file a joint case management statement on July 7, 2008,  and attend a case management conference on July 11, 2008.

3. On May 29, 2008, the United States Citizenship and Immigration Services sent a request for additional information to Plaintiff.  Plaintiff's response is due on August 21, 2008.

4. The parties are considering a possible resolution of the case, and in the interest of

Stipulation to Vacate Hearing Date
C 08-1643 SC                                                                 1

conserving judicial resources and promoting an efficient determination of the action, the parties respectfully request that the Court order as follows:

   1. The July 11, 2008 case management hearing is vacated.

   2. This action is held in abeyance pending Plaintiff's response, and review of the responses by USCIS.

   4. Within 10 days of the USCIS's decision, the parties shall move this Court for appropriate relief.

Dated: June 26, 2008                  Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      _____/s/_____
                                      ILA C. DEISS[1]
                                      Assistant United States Attorney
                                      Attorney for Defendants

Dated: June 26, 2008                 _____/s/_____
                                      DAVID J. KAUFMAN
                                      Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____



S_____
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Vacate Hearing Date
C 08-1643 SC                               2