```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOUTH BAY ISLAMIC CENTER,<br><br>          Plaintiff,<br><br>     v.<br><br>EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services,<br><br>          Defendant. | No. C 08-1643 SC<br><br>**STIPULATION TO DISMISS AND<br>[PROPOSED] ORDER** |

Plaintiff, by and through its attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's Petition for Amerasian, Widower or Special Immigrant (Form I-360) on July 11, 2008.

///

///

///

///

///

Stip to Dismiss
C 08-1643 SC                                                    1

1  Each of the parties shall bear their own costs and fees.

2  Dated: August 12, 2008                    Respectfully submitted,

3                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney

4

5

6                                                   /s/
                                             ILA C. DEISS[1]
                                             Assistant United States Attorney
7                                            Attorney for Defendant

8

9
   Dated: August 12, 2008                           /s/
10                                           DAVID J. KAUFMAN
                                             Attorney for Plaintiff
11

12

13                              **ORDER**

14  Pursuant to stipulation, IT IS SO ORDERED.

15

16
    Date:   8/14/08
17                                           _____
                                             SA...
                                             Uni... ...udge
18                                           Judge Samuel Conti

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip to Dismiss
C 08-1643 SC                                 2